UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALYN M. BOYKIN, ) | No. C 05-05079 SBA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. | |

_____

On June 6, 2006, the day before her Motion for Summary Judgment was due, plaintiff Rosalyn M. Boykin ("Plaintiff") filed a Stipulation and Proposed Order ("First Stipulation") [Docket No. 7] seeking a one-month extension in the filing deadline.  The First Stipulation stated, "This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing."  The Court granted the extension requested in the First Stipulation [Docket No. 8].

On July 7, 2006, the date on which Plaintiff's Motion for Summary Judgment was due, Plaintiff filed the Stipulation and Proposed Order ("Second Stipulation") [Docket No. 9] seeking another one-month extension in the filing deadline for Plaintiff's Motion for Summary Judgment.  The Second Stipulation featured a verbatim recitation of the justification for the First Stipulation: "This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing."

IT IS HEREBY ORDERED THAT the Stipulation and Proposed Order to continue Plaintiff's deadline for filing her Motion for Summary Judgment is GRANTED IN PART, such that if Plaintiff intends to file a Motion for Summary Judgment, she shall file her Motion for Summary Judgment no

1 later than July 21, 2006.

2     No further continuances will be granted in this matter.

3     IT IS SO ORDERED.

6 Dated: 7/17/06        SAUNDRA BROWN ARMSTRONG
United States District Judge