IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALYN M. BOYKIN, | No. C 05-5079 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 13] |
| JO ANNE B. BARNHART, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

On September 15, 2006, the parties filed a stipulation and proposed order [Docket No. 13], requesting that Plaintiff have an extension of time up through and including September 29, 2006, in which to e-file her Response to Defendant's Cross-Motion for Summary Judgment. The parties explain that "[t]his extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing."

On July 17, 2006, this Court issued an Order stating that "[n]o further continuances will be granted in this matter."

IT IS HEREBY ORDERED THAT the parties' stipulation and proposed order is DENIED.

IT IS SO ORDERED.

Dated: 9/19/06

SAUNDRA BROWN ARMSTRONG
United States District Judge